IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Juan C. Alicea,<br><br>        Plaintiff,<br><br>v.<br><br>Robert J. Demusz and Long Haul Trucking Inc.,<br><br>        Defendants. | C.A. No.: 3:25-CV-12681-MGL<br><br>**CONSENT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER** |

CONSENT:

    The attached proposed Confidentiality Order is requested:

    ☒    by consent of all parties.

CONTENT:

    The attached proposed Confidentiality Order:

    ☐    is a modified version of the standard form on the court's website and the modifications have been indicated by attaching a "redlined" copy the document. An explanation of the basis for each proposed modification is as follows:

1. The standard form has been revised by deleting the Reading Room provision.

[SIGNATURES ON FOLLOWING PAGE]

**I SO MOVE:**

s/ Robert D. Moseley, Jr.
Robert D. Moseley, Jr. (Fed. Bar. No. 5526)
Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, South Carolina 29616
(864) 248-6025 (Office)
(864) 248-6035 (Fax)
Rob.Moseley@momarlaw.com
*Counsel for Defendants*

**I SO CONSENT**

s/ Cooper Klaasmeyer
James G. Biggart II (Fed ID 14195)
Cooper Klaasmeyer (Fed ID 14272)
4401 Bell Oaks Drive, Suite 300
North Charleston, SC 29405
Telephone: (843) 973-5186
Fax: (843)973-5208
Biggartlitigation@forthepeople.com
Cooper.klaasmeyer@forthepeople.com
*Attorneys for Plaintiff*

January 21, 2026