IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Juan C. Alicea,<br><br>*Plaintiff*,<br><br>vs.<br><br>Robert J. Demusz and Long Haul Trucking, Inc.,<br><br>*Defendants*. | Case No.: 3:25-CV-12681-MGL<br><br>**PLAINTIFF'S RULE 26(A)(2) EXPERT WITNESS DISCLOSURES** |

Plaintiff Juan Alicea hereby submits his expert disclosure as required by Fed. R. Civ. P. 26(a)(2) and the Court's Amended Case Management and Scheduling Order, Dkt. 14. Plaintiff discloses the following expert witnesses who Plaintiff expects to call to offer opinions and testify at trial:

1.    **Aarian Afshari, MD, LCP**

Plaintiff retained Dr. Afshari to prepare a life care plan for Plaintiff's future medical needs and medical expenses resulting from the injuries sustained in the subject collision. Dr. Afshari will offer opinions within a reasonable degree of medical probability on the Plaintiff's future medical needs and the reasonable costs of the same. Plaintiff provided reports from this expert with the contents required by Fed. R. Civ. P. 26(a)(2)(B) to Defendants and their counsel on April 28, 2026.

Additionally, Plaintiff reserves the right to call his treatment providers as witnesses. Plaintiff anticipates that his treatment providers will qualify as experts by knowledge, skill, experience, training, or education, and Plaintiff reserves the right to elicit testimony regarding each provider's opinions, if any, regarding the cause, diagnosis, treatment, and prognosis of Plaintiff's injuries. Plaintiff's treating providers who Plaintiff expects to call to testify at trial and are known currently are as follows:

1. **Zain Qazi, MD**

Dr. Qazi is a board-certified radiologist who has read the magnetic resonance imaging of Plaintiff's cervical spine, lumbar spine, and left shoulder. Plaintiff expects Dr. Qazi to testify regarding his opinions of the imaging consistent with Dr. Qazi's medical records.

2. **Jason Highsmith, MD**

Dr. Highsmith is a board-certified neurosurgeon who has provided treatment for Plaintiff's spinal and knee injuries following this crash. Plaintiff expects Dr. Highsmith to testify regarding his treatment of Plaintiff's spinal and shoulder injuries, his opinions regarding the causation of Plaintiff's spinal and knee injuries, and his recommendations for future care, consistent with Dr. Highsmith's medical records.

Because Plaintiff's medical care is ongoing, Plaintiff reserves the right to supplement his list of treatment providers and to call any treatment provider as a witness at the trial of this case. Plaintiff also reserves the right to supplement this disclosure later should the case develop in such a way to warrant additional expert testimony on Plaintiff's behalf. Plaintiff further reserves the right to elicit expert testimony from individuals named as experts by other parties, as well as other witnesses later identified who may qualify as experts under the Rules of Evidence.

[*Signature on Following Page*]

**MORGAN & MORGAN, P.A.**

*/s/Cooper Klaasmeyer*
JAMES G. BIGGART II, ESQ.
Federal Bar No. 14195
COOPER KLAASMEYER, ESQ.
Federal Bar No. 14272
E-Mail: cooper.klaasmeyer@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 973-5438
*Counsel for Plaintiff*

North Charleston, SC
April 28, 2026