# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | | |
|---|---|---|
| Juan C. Alicea, | ) | **C.A. No.: 3:25-cv-12681-MGL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' EXPERT** |
| | ) | **DISCLOSURES** |
| Robert J. Demusz and Long Haul Trucking, Inc., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendants Robert J. Demusz and Long Haul Trucking, Inc. ("Defendants") by and through their undersigned attorney, respectfully submit this list of expert witnesses who may be called upon to testify at the trial of this case.

1.    The Defendants certify that the information provided by Rule 26(a)(2)(B) has been served upon and disclosed to all parties with respect to the following witnesses who have been retained and specially employed by Defendants to provide expert testimony in this case:

   a.    P. Douglas deHoll, MD
         120 Country Club Drive
         Columbia, SC 29206

Dr. deHoll is a board-certified orthopedic spine surgeon. He is currently employed at Prisma Health in Columbia, South Carolina. Dr. deHoll is expected to provide testimony regarding the opinions to a reasonable degree of medical certainty in his report relating to his analysis of records related to the above captioned case. Specifically he will be reviewing Plaintiff's medical records and imaging and films related to his cervical and lumbar spine and hip. He will provide opinions regarding causation of Plaintiff's alleged spine conditions, the medical necessity of Plaintiff's lumbar spine surgery, future recommended cervical spine surgery, and whether surgery would be causally related to the subject accident in accordance with his written report.

1

5881352.1

Defendants are providing Plaintiff with a copy of Dr. deHoll's written report, which includes, but is not limited to, statement of all opinions he holds in this case and the basis for such opinions, a CV outlining his qualifications and experience, a testimony log which lists all cases in which he has testified as an expert at trial or by deposition in the last four years, and a client fee schedule, and anything else, including all exhibits, photographs, videos, and otherwise, set forth in his written report. Defendants reserve the right to provide supplements to Dr. deHoll's report as discovery is ongoing.

b.      Michael Allen Fryar, M.S., CLCP, CRC, RN, CCM, QRP

Mr. Fryar is a certified life care planner. He is currently employed at YA Group as a senior life care planner and vocational rehabilitation expert in Winston-Salem, North Carolina. Mr. Fryar is expected to provide testimony regarding the opinions to a reasonable degree of certainty in his specialty in his report relating to his analysis of records related to the above captioned case. Specifically he will be reviewing Plaintiff's life care plan and certain medical records. He will provide opinions regarding the pricing and costs featured in Plaintiff's life care plan and reasonableness thereof in accordance with his written report.

Defendants are providing Plaintiff with a copy of Mr. Fryar's written report, which includes, but is not limited to, statement of all opinions he holds in this case and the basis for such opinions, a CV outlining his qualifications and experience, a testimony log which lists all cases in which he has testified as an expert at trial or by deposition in the last four years, and a schedule of fees and conditions for forensic services and anything else, including all exhibits, and otherwise, set forth in his written report. Defendants reserve the right to provide supplements to Mr. Fryar's report as discovery is ongoing.

c.      Marilyn Pacheco, CPC, medical billing expert, Elevate Services, Inc.

She is providing an expert opinion regarding the reasonable value of Plaintiff's past medical expenses. She will be reviewing Plaintiff's post-accident medical expenses and providing an opinion on the reasonable value of Plaintiff's past medical care to a reasonable degree of certainty based on her education, training, and experience in medical billing.

Defendants are providing Plaintiff with a copy of Ms. Pacheco's written report, which includes, but is not limited to, statement of all opinions she holds in this case and the basis for such opinions, a CV outlining her qualifications and experience, a testimony log which lists all cases in which she has testified as an expert at trial or by deposition for the last four years, her fee schedule, and anything else, including all exhibits, and otherwise, set forth in her written report. Defendant reserves the right to provide supplements to Ms. Pacheco's report as discovery is ongoing.

2.      Defendants disclose the following witnesses who may testify at trial to present evidence under Federal Rules of Evidence 702, 703, or 705, but who have not been retained or specially employed by Defendants to provide expert testimony in this case. Accordingly, these witnesses

5881352.1

are exempted from the requirements of Rule 26(a)(2)(B) but are so identified pursuant to Rule 26(a)(2)(A) and Rule 26 (a)(2)(C).

    a.    Providers who treated Plaintiff following the accident that is the subject of this lawsuit. Each is expected to offer expert testimony regarding his or her treatment of Plaintiff.

3. These Defendants reserve the right to call and elicit expert testimony from any expert witness specially retained by any other party to this litigation.

Defendants further reserve the right to supplement this list of experts as Plaintiff's medical care is ongoing and/or should the case develop in such a way to warrant additional expert testimony on Defendants' behalf. Defendants further reserve the right to elicit expert testimony from individuals named as experts by other parties and other witnesses later identified who may qualify as experts under the Federal Rules of Evidence.

Respectfully submitted,

 s/ Robert D. Moseley, Jr.
Robert D. Moseley, Jr. (# 5526)
Christian E. W. Fober (#13244)
Moseley Marcinak Law Group LLP
4324 Wade Hampton Blvd., Suite B
Taylors, SC 29687
PO Box 26148
Greenville, South Carolina 29616
(864) 248-6025 (864) 248-6035 (Fax)
Rob.Moseley@momarlaw.com
Christian.Fober@momarlaw.com
*Attorneys for Defendants*

June 11, 2026

3

5881352.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Devin Green, | ) | C.A. No.: 2:25-cv-07750-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Christopher Shawn Pendell and Eagle Transport Corporation, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED that a copy of Defendants' Expert Disclosures was served upon counsel of record via electronic mail the 11th day of June, 2026, addressed as follows:

James G. Biggart II (jbiggart@forthepeople.com)
Cooper Klaasmeyer (biggartlitigation@forthepeople.com)
MORGAN & MORGAN P.A.
4401 Belle Oaks Drive, Suite 300 North
Charleston, SC 29405
*Attorneys for Plaintiff*

 s/ Robert D. Moseley, Jr.
Robert D. Moseley, Jr. (# 5526)
Christian E. W. Fober (#13244)
Moseley Marcinak Law Group LLP
4324 Wade Hampton Blvd., Suite B
Taylors, SC 29687
PO Box 26148
Greenville, South Carolina 29616
(864) 248-6025 (864) 248-6035 (Fax)
Rob.Moseley@momarlaw.com
Christian.Fober@momarlaw.com
*Attorneys for Defendants*

5881352.1